MONIQUE OLIVIER (SBN 190385)
CHRISTIAN SCHREIBER (SBN 245597)
(monique@os-legal.com)
(christian@os-legal.com)
OLIVIER & SCHREIBER LLP
475 14th Street, Suite 250
Oakland, CA 94612
Telephone: (415) 484-0980

CASEY T. YAMASAKI (SBN 335445)
(ctyamasaki@millershah.com)
MILLER SHAH LLP
1230 Columbia Street, Ste. 1140
San Diego, CA 92101
Telephone: (866) 540-5505
Facsimile: (866) 300-7367

*Attorneys for Plaintiff Joel Leal*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Joel Leal, an individual, | Case No.: 1:23-cv-01272-JLT-CDB |
| Plaintiff, | **STIPULATION RE DISMISSAL AND REMAND; [PROPOSED] ORDER** |
| v. | |
| Field Asset Services, Inc.; Field Asset Services, LLC; Xome Field Services LLC; Cyprexx Services, LLC; and DOES 1-10, | |
| Defendants. | |

1   Plaintiff Joel Leal and Defendants Field Asset Services, Inc., Field Asset Services, LLC, Xome Field Services LLC, and Cyprexx Services, LLC (collectively, "FAS" or "Defendants") do hereby stipulate as follows:

2.   1. Plaintiff is a former class member in the action entitled *Bowerman v. Field Asset Services, LLC et al.*, Case 3:13-cv-00057-WHO (N.D. Cal.) (the "*Bowerman* Action"). The District Court, the Honorable William H. Orrick presiding, certified the Class and granted summary judgment on liability in their favor, after which a jury found for ten bellwether Class members. On July 5, 2022, the Ninth Circuit issued an order decertifying the Class and reversing the Court's Orders granting summary judgment and awarding attorneys' fees. On February 14, 2023, the Ninth Circuit denied a subsequent Petition for Rehearing and issued an amended Opinion. The Circuit issued mandate on February 22, 2023. Pursuant to the District Court's orders, on April 14, 2023, notice was sent to all Class members, informing them of the developments in the case and tolling their claims through June 13, 2023.

3.   2. On June 13, 2023, Plaintiff filed the instant action in state court, which was removed by Defendants on August 24, 2023. On August 31, 2023, Defendants filed a motion to dismiss.

4.   3. Thereafter the parties met and conferred and agreed that Plaintiff would dismiss with prejudice his Labor Code claims because Plaintiff did not perform work within the statute of limitations, even with tolling, for those claims.

5.   4. The parties also agreed to request that this Court remand the remaining cause of action under the Unfair Competition Law, Business & Professions Code §§ 17200 *et seq.* ("UCL"), which has a longer statute of limitations. Remand is proper because the Ninth Circuit has held that federal courts lack equitable jurisdiction over UCL claims where there is an adequate remedy at law, but state courts may permit recovery under the UCL. *See Sonner v. Premier Nutrition Corp.,* 971 F.3d 834, 844 (9th Cir. 2020) *(Sonner I) and Guzman v. Polaris Indus., Inc.,* 49 F.4th 1308 (9th Cir. 2022), *cert. denied sub nom. Polaris Indus., Inc. v. Albright,* No. 22-987, 2023 WL 3937623 (June 12, 2023), *Sonner v. Premier Nutrition Corp.,* 49 F.4th 1300 (9th Cir. 2022) (Sonner II). Judge Orrick has held that the same UCL claims against Defendants brought by other former Class

members in the *Bowerman* Action must be remanded or dismissed without prejudice to refiling in state court.  *See* Order on Motions to Dismiss in Related Cases, *Bowerman v. Field Asset Servs., Inc.,* 3:13-cv-00057-WHO, 2023 WL 5111961, at *6–8 (N.D. Cal. Aug. 9, 2023).

5.  Accordingly, the parties hereby agree that Plaintiff's First, Second and Third Causes of Action under the Labor Code should be dismissed with prejudice, and Plaintiff's Fourth Cause of Action under the UCL should be remanded to the state court.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED: September 12, 2023 | Respectfully submitted,<br>OLIVIER & SCHREIBER LLP<br><br> /s/ *Christian Schreiber*<br>MONIQUE OLIVIER (SBN 190385)<br>CHRISTIAN SCHREIBER (SBN 245597)<br>(monique@os-legal.com)<br>(christian@os-legal.com)<br>OLIVIER & SCHREIBER LLP<br>475 14th Street, Suite 250<br>Oakland, CA 94612<br>Telephone: (415) 484-0980<br><br>*Attorneys for Plaintiff* |
| DATED: September 12, 2023 | Respectfully submitted,<br>LITTLER MENDELSON P.C.<br><br> /s/ *Robert Hulteng*<br>ROBERT HULTENG  (SBN 071293)<br>COURTNEY CHAMBERS (SBN 312011)<br>SHANE YOUNG (SBN 313853)<br>ALVIN ARCEO (SBN 342387)<br>(rhulteng@littler.com)<br>(cchambers@littler.com)<br>(shyoung@littler.com)<br>(aarceo@littler.com)<br>LITTLER MENDELSON P.C.<br>333 Bush Street, 34th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 433-1940<br><br>*Attorneys for Defendants* |

**[PROPOSED] ORDER**

Good cause appearing, it is hereby ordered that Plaintiff's First, Second and Third Causes of Action are DISMISSED with prejudice. Plaintiff's Fourth Cause of Action under the Unfair Competition Law, Business & Professions Code §§ 17200 et seq. is REMANDED to the state court.

IT IS SO ORDERED.

Dated:   **September 13, 2023**                                    /s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE